Filed 9/22/20  P. v. Guadarrama CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JUAN CARLOS GUADARRAMA,<br><br>    Defendant and Appellant. | 2d Crim. No. B304037<br>(Super. Ct. No. 19F-05159)<br>(San Luis Obispo County) |

In August 2019, an amended complaint charged appellant Juan Carlos Guadarrama with residential burglary in which a resident was present (Pen. Code, §§ 459, 462, subd. (a), 667.5, subd. (c)(21)),[1] commercial burglary (§ 459) and misdemeanor receiving stolen property (§ 496, subd. (b).)  Pursuant to a plea agreement, appellant waived his preliminary hearing and trial rights, pled no contest to the commercial burglary charge and was sentenced to a two-year jail term.

---

[1] All statutory references are to the Penal Code.

In December 2019, appellant filed a one-page, handwritten petition seeking an order recalling and modifying his sentence to sixteen months pursuant to section 1170, subdivision (d). The trial court denied the petition. Appellant appeals that denial.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief requesting that the court make an independent review under *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).

We subsequently advised appellant he had 30 days within which to personally submit any contentions or issues that he wished us to consider. The 30 days have since passed, and appellant has not presented any contentions or issues for our consideration.[2]

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists. (*Wende*, *supra*, 25 Cal.3d at p. 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The order denying the section 1170, subdivision (d) petition is affirmed.

NOT TO BE PUBLISHED.


PERREN, J.

We concur:


GILBERT, P. J.          TANGEMAN, J.

_____

[2] The facts underlying appellant's offenses are not relevant to this appeal.

Timothy S. Covello, Judge
Superior Court County of San Luis Obispo

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.